1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  DAVID B. NEWDORF, State Bar #172960
   CHRISTINE VAN AKEN, State Bar #241755
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3800
   Facsimile:    (415) 554-3837
7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
9  HEATHER FONG, STEPHEN JONAS and
   MATT MASON
10

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14  | LEE COLLINS, | Case No. C04-3982 PJH |
    |---|---|
15  | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO SCHEDULE FURTHER CASE MANAGEMENT CONFERENCE FOR AUGUST 17, 2006** |
16  | vs. | |
17  | CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; STEPHEN JONAS, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; MATT MASON, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and San Francisco Police Officers DOES 1-25, inclusive, | |
24  | Defendants. | |

26          All parties to the above-entitled matter STIPULATE and AGREE as follows:

1. A Further Case Management Conference is currently set in this matter for August 3, 2006 at 2:30 p.m., and the parties are to file a joint case management conference statement by July 27, 2006.

2. With the approval of the Court, the parties desire that the Further Case Management Conference be RESCHEDULED for August 17, 2006, and that the parties shall file a joint case management conference statement by August 10, 2006.

STIPULATED and AGREED:

Dated:  July 13, 2006

>DENNIS J. HERRERA
>City Attorney
>JOANNE HOEPER
>Chief Trial Deputy
>DAVID B. NEWDORF
>CHRISTINE VAN AKEN
>Deputy City Attorneys
>
>By: _____/s/_____
>    CHRISTINE VAN AKEN
>
>Attorneys for Defendants
>CITY AND COUNTY OF SAN FRANCISCO et al.
>
>LAW OFFICES OF JOHN L. BURRIS
>JOHN L. BURRIS
>BENJAMIN NISENBAUM
>
>By: _____/s/_____
>    BENJAMIN NISENBAUM*
>
>Attorneys for Plaintiff
>LEE COLLINS

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 7/17/06

Hon. Phyllis J. Hamilton
U.S. District Court Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

Case No. C04-3982 PJH                          2                    n:\lit\li2004\050536\00387502.doc

1    *The undersigned counsel certifies that she has obtained signed approval by faxed letter to
2  this Stipulation on behalf of counsel for all parties.

                                        /s/
                              CHRISTINE VAN AKEN

**PROOF OF SERVICE**

I, Catheryn M. Daly, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On July 14, 2006, I served the attached:

**STIPULATION AND [PROPOSED] ORDER TO SCHEDULE FURTHER CASE MANAGEMENT CONFERENCE FOR AUGUST 17, 2006**

on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:

John L. Burris, Esq.
Benjamin Nisenbaum, Esq.
Airport Corporate Centre
7677 Oakport Street, #1120
Oakland, CA 94621

Telephone: (510) 839-5200

and served the named document in the manner indicated below:

☒ **BY MAIL**: I caused true and correct copies of the above documents, by following ordinary business practices, to be placed and sealed in envelope(s) addressed to the addressee(s), at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, City and County of San Francisco, California, 94102, for collection and mailing with the United States Postal Service, and in the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

☐ **BY EXPRESS SERVICES OVERNITE**: I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered to EXPRESS SERVICES OVERNITE for overnight courier service to the office(s) of the addressee(s).

☐ **BY FACSIMILE**: I caused a copy(ies) of such document(s) to be transmitted via facsimile machine. The fax number of the machine from which the document was transmitted was 415/ 554-3837. The fax number(s) of the machine(s) to which the document(s) were transmitted are listed above. The fax transmission was reported as complete and without error. I caused the transmitting facsimile machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed July 14, 2006, at San Francisco, California.

_____
CATHERYN M. DALY