1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  DAVID B. NEWDORF, State Bar #172960
   CHRISTINE VAN AKEN, State Bar #241755
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3800
   Facsimile:      (415) 554-3837
7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
9  HEATHER FONG, STEPHEN JONAS and
   MATT MASON

10

                UNITED STATES DISTRICT COURT
11
                NORTHERN DISTRICT OF CALIFORNIA
12

13  LEE COLLINS,                          Case No. C04-3982 PJH

14          Plaintiff,                    STIPULATION AND [~~PROPOSED~~]
                                          PROTECTIVE ORDER RE:
15      vs.                               CONFIDENTIAL SAN FRANCISCO
                                          HOUSING AUTHORITY
16  CITY AND COUNTY OF SAN                INFORMATION
    FRANCISCO, a municipal corporation;
17  HEATHER FONG, in her capacity as
    Chief of Police for the CITY AND
18  COUNTY OF SAN FRANCISCO;
    STEPHEN JONAS, individually and in
19  his capacity as a police officer for the
    CITY AND COUNTY OF SAN
20  FRANCISCO; MATT MASON,
    individually and in his capacity as a police
21  officer for the CITY AND COUNTY OF
    SAN FRANCISCO; and San Francisco
22  Police Officers DOES 1-25, inclusive,

23          Defendants.

24

25

26          The parties to this action, by and through counsel, STIPULATE and AGREE as follows:

27          1.       Information and records contained in the files of the San Francisco Housing Authority

28  ("SFHA") shall be treated as confidential in this litigation.  Those records are hereinafter referred to

STIPULATED PROTECTIVE ORDER II                    1                    n:\lit\li2005\050536\00390276.doc
USDC NO.: C04-3982 PJH

as "CONFIDENTIAL SFHA INFORMATION." These records include but are not limited to confidential applications for eligibility and occupancy and confidential leases, lists, or rosters of SFHA tenants contained in the files of the SFHA.

2.    The CONFIDENTIAL SFHA INFORMATION shall not be exhibited, displayed or otherwise disclosed by Plaintiff's Counsel or Defendants' Counsel (collectively "Counsel"), or by authorized persons described in paragraph 4, to other persons except as specifically provided herein.

3.    Counsel may exhibit and/or disclose CONFIDENTIAL SFHA INFORMATION only to the following categories of person and no others unless authorized by order of the Court:

    a.    Counsel;

    b.    Experts, investigators or consultants retained by Counsel to assist in the evaluation, preparation, or trial of this case. Before any expert, investigator, or consultant is permitted to review the CONFIDENTIAL SFHA INFORMATION, such individual must agree to comply with the terms of this Protective Order by executing the NON DISCLOSURE AGREEMENT attached as Exhibit A to this Order. Counsel may make one copy of CONFIDENTIAL SFHA INFORMATION for each such individual. Counsel who retained the expert, investigator, or consultant referred to in this paragraph shall retain the original of all NON-DISCLOSURE AGREEMENTS for five years after the conclusion of this litigation, whether through final judgment, appeal, or by whatever means resolved. Experts, investigators, and consultants shall not have any power to authorize further disclosure of CONFIDENTIAL SFHA INFORMATION to any other person.

4.    Nothing contained in this order shall prohibit any person, including any persons described in 3(a-b) above, from using or referring to CONFIDENTIAL SFHA INFORMATION in motion papers or pleadings filed with the Court, provided that adequate provision is made to protect the confidentiality of the CONFIDENTIAL SFHA INFORMATION and provided that any portion of such motion papers or legal pleadings that reference said CONFIDENTIAL SFHA INFORMATION is filed under seal pursuant to the Court's rules and procedures (see Civil Local Rule 79-5).

1      5.      At the conclusion of this litigation, through final judgment, appeal, or by whatever

2  means resolved, all persons subject to this Order (including experts, investigators or consultants) shall

3  return all copies of the CONFIDENTIAL SFHA INFORMATION to counsel for SFHA.

4      6.      Either Plaintiff's Counsel or Defendants' Counsel may designate documents as

5  CONFIDENTIAL SFHA INFORMATION.  Either Plaintiff's Counsel or Defendants' Counsel may

6  challenge the opposing party's designation of a particular document as CONFIDENTIAL SFHA

7  INFORMATION by filing a noticed motion or a motion for administrative relief under Civ. L.R. 7-11

8  or by any other procedure directed by the Court.  The parties agree that the prevailing party in a

9  motion to remove the confidential designation shall waive its entitlement to monetary sanctions,

10  including attorney's fees.

11      AGREED AND STIPULATED:

12  Dated:  August 21, 2006          DENNIS J. HERRERA

13                           City Attorney
                         JOANNE HOEPER

14                           Chief Trial Attorney
                         DAVID B. NEWDORF

15                           CHRISTINE VAN AKEN

16                 By:_____/s/_____

17                    CHRISTINE VAN AKEN
                  Attorneys for Defendants

18

19  DATED:  August 21, 2006         LAW OFFICE OF JOHN L. BURRIS

20

21

22                 By:_____/s/_____

23                    BENJAMIN NISENBAUM*
                  Attorney for Plaintiffs

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

 \*The undersigned counsel certifies that she has obtained signed approval by letter to this Stipulation on behalf of counsel for all parties.

———————————————
/s/
CHRISTINE VAN AKEN

1

**ORDER**

2          Pursuant to stipulation, IT IS SO ORDERED.

3

4     DATED:  _____8/24/06_____

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**


**NON DISCLOSURE AGREEMENT**

  I, the undersigned, have read and understood the Stipulated Protective Order Re: Confidential

Peace Officer Information in *Lee Collins v. City and County of San Francisco,* U.S. District Court

No. C 04-3982 PJH.  I agree to comply with the confidentiality requirements as stated in the Order

and not to use or disclose CONFIDENTIAL SFHA INFORMATION except as permitted by the

Order.  I understand that if I violate this Order I may be subject to sanction by the Court.


  Date: _____


  Signed: _____


  Print Name: _____

  (Retaining counsel shall retain the original of this form as required by this Order.)