DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
DAVID B. NEWDORF, State Bar #172960
CHRISTINE VAN AKEN, State Bar #241755
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3800
Facsimile:      (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, STEPHEN JONAS and
MATT MASON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE COLLINS,<br><br>            Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; STEPHEN JONAS, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; MATT MASON, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and San Francisco Police Officers DOES 1-25, inclusive,<br><br>            Defendants. | Case No. C04-3982 PJH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**   AND ORDER |

The undersigned parties, being all the parties who have appeared in this action, STIPULATE through counsel, pursuant to Fed. R. Civ. P. 41(a), that the entire action on behalf of plaintiff Lee

1  Collins against the City and County of San Francisco, Heather Fong, Stephen Jonas, and Matt Mason
2  is DISMISSED WITH PREJUDICE.  It is further STIPULATED that plaintiff and defendants shall
3  each pay his (or its) own costs and attorney's fees.
4       IT IS SO STIPULATED:
5  Dated:  January 22, 2007

          DENNIS J. HERRERA
          City Attorney
          JOANNE HOEPER
          Chief Trial Attorney


         By:_____/s/_____
          DAVID B. NEWDORF
          Deputy City Attorney

          Attorneys for Defendants
          CITY AND COUNTY OF SAN FRANCISCO, ET AL.


          LAW OFFICES OF JOHN L. BURRIS



         By:_____/s/_____
          BENJAMIN NISENBAUM

          Attorneys for Plaintiff
          LEE COLLINS

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]

I, David B. Newdorf, attest and declare under penalty of perjury that signatory Benjamin Nisenbaum concurs in the filing of this document.  Executed January 22, 2007, in San Francisco, California.

          _____/s/_____
          David B. Newdorf